# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

NICHOLAS CORTEZ ADDISON,                                                                        PLAINTIFF

v.                                            3:15CV00256-JM-JJV

JOEY MARTIN, Jail Administrator,
Poinsett County Detention Center; *et al.*                                                      DEFENDANTS

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 7th day of October, 2015.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE